UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/22

HUMBERTO RIVERA, JR.,

      Plaintiff,

   -against-

TOWN OF NEW FAIRFIELD, et al.,

      Defendants.

22-CV-1874 (VB)

ORDER OF SERVICE

VINCENT L. BRICCETTI, United States District Judge:

   Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

   The Clerk of Court is directed to issue summonses as to Defendants Town of New Fairfield, New Fairfield Connecticut Police, Sergeant Adam Wagnblas, Trooper Stevenson, First Selectmen Patricia Del Monaco, Selectmen Khris Hall, and Selectmen Kim Hansen. Plaintiff is directed to serve the summons and complaint on these Defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served these Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

   Once counsel for the Town of New Fairfield appears, the Court will issue a second order directing counsel to identify the four John Doe defendants and the addresses where these defendants may be served. *See Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997) (a *pro se* litigant is entitled to assistance from the district court in identifying a defendant).

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   March 31, 2022
         White Plains, New York

_____
VINCENT L. BRICCETTI
United States District Judge