UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HUMBERTO RIVERA, JR.,

      Plaintiff,

v.

TOWN OF NEW FAIRFIELD, et al.,

      Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 1874 (VB)

  By Order dated September 1, 2022, the Court granted plaintiff's request to extend the Rule 4(m) deadline to serve Sgt. Adam Wagnblas, PO/Trooper Stevenson, and four unidentified New Fairfield police officers to **October 31, 2022**. (Doc. #33).

  The Court also ordered defense counsel to respond to plaintiff's request for information regarding Sgt. Wagnblas, PO/Trooper Stevenson, and the unidentified defendants—specifically, where they can be served— by September 30, 2022. (Doc. #33). To date, there is no indication on the docket that defense counsel has responded to plaintiff's request. Accordingly, by **October 17, 2022**, defense counsel shall respond to plaintiff's request and shall notify the Court that they have done so. The parties are encouraged to work cooperatively in this regard. See Local Civil Rule 26.4.

  In addition, parties are reminded that the deadline for <u>all</u> defendants to move, answer, or otherwise respond to the complaint is **November 30, 2022**. (Doc. #33).

Dated: October 11, 2022
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge