Copies Mailed/Faxed 1/27/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HUMBERTO RIVERA, JR.,
       Plaintiff,

v.

TOWN OF NEW FAIRFIELD; NEW
FAIRFIELD CONNECTICUT POLICE; FIRST   :  **ORDER**
SELECTMAN PATRICIA DEL MONACO;
SELECTMAN KHRIS HALL; SELECTMAN      22 CV 1874 (VB)
KIM HANSEN; SGT. ADAM WAGNBLAS;
PO/TROOPER STEVENSON; PO/TROOPER
DAVID KOONITSKY; PO/TROOPER JAMIE
OLSOWY; PO/TROOPER JAMES KING; and
PO/TROOPER DAVID THARAS,
       Defendants.
--------------------------------------------------------------x

  Plaintiff, who is proceeding pro se, commenced this action on March 3, 2022. (Doc. #1).

  By Orders dated October 21, 2022 (Doc. #42), and November 22, 2022 (Doc. #47), the Court set out the relevant procedural history of the case.

  Further, by Order dated November 22, 2022, the Court directed plaintiff to serve the remaining defendants by the Rule 4(m) deadline of January 18, 2022, and file proof of service on the docket. (Doc. #47).

  On January 18, 2023, plaintiff filed proof of service indicating, on January 17, 2023, he effectuated service on (i) PO/Trooper James King, PO/Trooper Jamie Olsowy, and PO/Trooper David Tharas, (Doc. #49), and (ii) PO/Trooper David Koonitsky. (Doc. #50).

  To date, plaintiff has not filed proof of service indicating he effectuated service on Sgt. Adam Wagnblas or PO/Trooper Stevenson.

  Accordingly, it is hereby ORDERED:

  1.  **Pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed as to Sgt. Adam Wagnblas and PO/Trooper Stevenson without prejudice unless, on or before February 9,**

1

**2023**, plaintiff either: (i) files on the ECF docket proof of service, indicating these defendants were served on or before January 18, 2023; or (ii) shows good cause in writing for his failure to comply with Rule 4(m).

2. By **February 16, 2023**, all defendants shall answer, move, or otherwise respond to the complaint.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: January 26, 2023
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge