UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-24
```

HUMBERTO RIVERA, JR.,
               Plaintiff,

    v.

TOWN OF NEW FAIRFIELD ET AL.,
               Defendant.

-----------------------------------------------------------x

**ORDER**

22 CV 1874 (VB)

HUMBERTO RIVERA, JR.,
               Plaintiff,

    v.

DEPUTY SHERIFF THOMAS VARBERO, in
his official and individual capacities,
               Defendants.

-----------------------------------------------------------x

**ORDER**

22 CV 1877 (VB)

As discussed at a case management conference held on the record today, at which plaintiff, plaintiff's counsel, and defense counsel appeared in person, it is hereby ORDERED:

1.      By December 2, 2024, plaintiff's counsel shall submit a letter indicating whether counsel's scope of representation will include (i) a settlement conference with the magistrate judge, and (ii) plaintiff's response to defendants' anticipated motions for summary judgment.

2.      By February 14, 2025, defendants shall submit their motions for summary judgment. By March 31, 2025, plaintiff shall file his response. By April 14, 2025, defendants shall file their reply.

Dated: November 14, 2024
      White Plains, NY

               SO ORDERED:

               Vincent L. Briccetti
               United States District Judge