**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HUMBERTO RIVERA, JR.,

                Plaintiff,

    -v-

TOWN OF NEW FAIRFIELD, DAVID KOONITSKY,
JAMIE OLSOWY, DAVID THARAS, and JAMES KING,

                Defendants.
------------------------------------------------------------------X
HUMBERTO RIVERA, JR.,

                Plaintiff,

    -v-

DEPUTY SHERIFF THOMAS VARBERO,

                Defendant.
------------------------------------------------------------------X

22 **CIVIL** 1874 (VB)

22 **CIVIL** 1877 (VB)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2025, the motions for summary judgment are GRANTED IN PART and DENIED IN PART. Plaintiff's Fourth Amendment claim against Deputy Sherriff Thomas Varbero arising from his alleged seizure of plaintiff may proceed. All other claims are dismissed; accordingly, case no. 22cv1874 is closed.

**Dated:**  New York, New York
       September 10, 2025

                                                        **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                               **BY:**    *K. Mango*

                                                            **Deputy Clerk**